**PRISCILLA L. O'BRIANT**
Nevada Bar No. 10171
LEWIS BRISBOIS
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 693-4388; FAX (702) 893-3789
priscilla.obriant@lewisbrisbois.com

*Attorney for Defendant USAA Savings Bank*

**CARLOS C ALSINA-BATISTA**
Admitted *Pro Hac Vice*
The Law Offices of Jeffrey Lohman, PC
4740 Green River Rd, Suite310
Corona, CA 92880
Tel. (657) 363-3331
Fax: 657-246-1311
Email: CarlosA@jlohman.com

*Attorneys for Plaintiff, Grace Howerton*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| GRACE HOWERTON, <br><br> Plaintiff, <br><br> v. <br><br> USAA SAVINGS BANK, <br><br> Defendant. | Case No. 2:19-cv-01550-KJD-NJK <br><br> **STIPULATION AND ORDER TO STAY THE PROCEEDINGS PENDING ARBITRATION** |

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 3, Defendant USAA Savings Bank ("USAA SB") and Plaintiff Grace Howerton ("Plaintiff") hereby stipulate and agree that these proceedings should be stayed pending the outcome of arbitration.

This action arises out of a credit card application that Plaintiff submitted, and a credit card account that she opened as a result. Under the terms of the USAA Credit Card Agreement (the "Agreement"), Plaintiff agreed to arbitrate disputes like this one with USAA SB, specifically Plaintiff's

///

claim relating to the collection of her credit card debt.  (**Exhibit A**, ¶¶ A.1, A.2.) Before filing a Motion to Compel Arbitration, USAA SB conferred with Plaintiff, and the parties have agreed to submit this matter to arbitration.

Section 3 of the FAA provides:

> If any suit or proceeding be brought in any of the courts of the United States upon any issue referable to arbitration under an agreement in writing for such arbitration, the court in which such suit is pending, upon being satisfied that the issue involved in such suit or proceeding is referable to arbitration under such an agreement, ***shall on application of one of the parties stay the trial of the action until such arbitration has been had in accordance with the terms of the agreement***, providing the applicant for the stay is not in default in proceeding with such arbitration.

9 U.S.C. § 3 (emphasis added); *BEHROOZ MOHAZZABI, Plaintiff, v. WELLS FARGO, N.A., Defendant.*, No. 218CV02137RFBVCF, 2019 WL 4675768, *2 (D. Nev. Sept. 25, 2019) ("Section 3 of the FAA provides for a stay of legal proceedings whenever the issues in a case are within the reach of an arbitration agreement.").  Here, Plaintiff's claim that USAA SB "placed collection calls to Plaintiff seeking and attempting to collect on alleged debts incurred under a credit card agreement issued specifically by Defendant, USAA Savings Bank" is a Covered Claim per the Agreement, specifically Paragraph A.2 subsection (v):  "Your Account balance or any billing or collections matters relating to your Account." (*See* Doc. 5, ¶ 8; **Exhibit A**.)  Accordingly, Plaintiff's claim against USAA SB is within the Agreement and subject to arbitration.

If and when an award is issued in arbitration, the parties will inform of the same to this honorable Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the foregoing reasons, USAA SB and Plaintiff respectfully agree that these proceedings should be stayed pending the arbitration of Plaintiff's claim.

Respectfully submitted,

 /s/ Matthew K. Higbee
MATTHEW K. HIGBEE
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
2445 Fire Mesa Street, Suite 150
Las Vegas, NV 89128

/s/ Carlos C. Alsina-Batista
CARLOS C ALSINA-BATISTA
Admitted *Pro Hac Vice*
THE LAW OFFICES OF JEFFREY LOHMAN, PC
4740 Green River Rd, Suite310
Corona, CA 92880

*Attorneys for Plaintiff, Grace Howerton*

 /s/ Priscilla L. O'Briant
PRISCILLA L. O'BRIANT
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorney for Defendant USAA Savings Bank*

## **ORDER**

IT IS SO ORDERED.

Dated this 18TH day of oCTOBER, 2019.

U.S. DISTRICT COURT JUDGE