# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GRACE HOWERTON,

    Plaintiff(s),

v.

USAA SAVINGS BANK,

    Defendant(s).

Case No.: 2:19-cv-01550-KJD-NJK

**ORDER**

On October 18, 2019, this case was stayed pending arbitration proceedings. Docket No. 12. The parties are hereby ORDERED to file a joint status report by November 9, 2020, and every 120 days thereafter until the arbitration is completed.

IT IS SO ORDERED.

Dated: October 26, 2020

_____
Nancy J. Koppe
United States Magistrate Judge