# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GRACE HOWERTON,<br>　　　Plaintiff(s),<br>v.<br>USAA SAVINGS BANK,<br>　　　Defendant(s). | Case No. 2:19-cv-01550-KJD-NJK<br>**Order** |

A joint status report was due on July 7, 2021. *See* Docket No. 13 (ordering a joint status report every 120 days starting on November 9, 2020). No such status report was filed. Accordingly, the parties are hereby **ORDERED** to file a joint status report by August 31, 2021, and every 120 days thereafter.

IT IS SO ORDERED.

Dated: August 17, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge