**PRISCILLA L. O'BRIANT**
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 693-4388; FAX (702) 893-3789
priscilla.obriant@lewisbrisbois.com

*Attorney for Defendant USAA Savings Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| GRACE HOWERTON, | Case No.  2:19-cv-01550-KJD-NJK |
| Plaintiff, | JUDGE KENT J. DAWSON |
| v. | MAGISTRATE JUDGE NANCY J. KOPPE |
| USAA SAVINGS BANK, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Grace Howerton and Defendant USAA Savings Bank stipulate that the above-entitled action by Plaintiff is dismissed with prejudice and each party to bear its or her own fees and costs.

Respectfully submitted this 27th day of August, 2021.

| | |
|---|---|
| */s/ Mathew K. Higbee* | */s/ Priscilla L. O'Briant* |
| Mathew K. Higbee, Esq., SBN | Priscilla L. O'Briant |
| HIGBEE & ASSOCIATES | LEWIS BRISBOIS |
| 1504 Brookhollow Drive, Suite 112 | 6385 South Rainbow Blvd., Suite 600 |
| Santa Ana, CA 92705 | Las Vegas, NV 89118 |
| Telephone:    (714) 617-8352 | Telephone:   (702) 693-4388 |
| Facsimile:    (714) 597-6729 | Facsimile:   (702) 893-3789 |
| Email:         mhigbee@higbeeassociates.com | Email:        priscilla.obriant@lewisbrisbois.com |
| | |
| *Attorney for Plaintiff Grace Howerton* | *Attorney for Defendant USAA Savings Bank* |

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:**

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
Case No. 2:19-cv-01550-KJD-NJK

4813-7075-8392.1

## CERTIFICATE OF SERVICE

I certify that on August 27th, 2021, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the CM/ECF system, which will provide notice to the following:

> Mathew K. Higbee, Esq., SBN
> HIGBEE & ASSOCIATES
> 1504 Brookhollow Drive, Suite 112
> Santa Ana, CA 92705
> Email: mhigbee@higbeeassociates.com
> *Attorney for Plaintiff Grace Howerton*

*/s/ Priscilla L. O'Briant*
Priscilla L. O'Briant
Attorney for Defendant USAA Savings Bank

14968118 v1
4813-7075-8392.1