**PRISCILLA L. O'BRIANT**
Nevada Bar No. 10171
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 693-4388; FAX (702) 893-3789
priscilla.obriant@lewisbrisbois.com

*Attorney for Defendant USAA Savings Bank*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| GRACE HOWERTON,<br><br>                    Plaintiff,<br><br>        v.<br><br>USAA SAVINGS BANK,<br><br>                    Defendant. | Case No.  2:19-cv-01550-KJD-NJK<br><br>JUDGE KENT J. DAWSON<br>MAGISTRATE JUDGE NANCY J. KOPPE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Grace Howerton and Defendant USAA Savings Bank stipulate that the above-entitled action by Plaintiff is dismissed with prejudice and each party to bear its or her own fees and costs.

Respectfully submitted this 27th day of August, 2021.

/s/ Mathew K. Higbee
Mathew K. Higbee, Esq., SBN
HIGBEE & ASSOCIATES
1504 Brookhollow Drive, Suite 112
Santa Ana, CA 92705
Telephone:   (714) 617-8352
Facsimile:   (714) 597-6729
Email:       mhigbee@higbeeassociates.com

Attorney for Plaintiff Grace Howerton

/s/ Priscilla L. O'Briant
Priscilla L. O'Briant
LEWIS BRISBOIS
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone:   (702) 693-4388
Facsimile:   (702) 893-3789
Email:       priscilla.obriant@lewisbrisbois.com

Attorney for Defendant USAA Savings Bank

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

**DATED:**      8/30/2021

4813-7075-8392.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on August 27th, 2021, a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed using the CM/ECF system, which will provide notice to the following:

> Mathew K. Higbee, Esq., SBN
> HIGBEE & ASSOCIATES
> 1504 Brookhollow Drive, Suite 112
> Santa Ana, CA 92705
> Email: mhigbee@higbeeassociates.com
> *Attorney for Plaintiff Grace Howerton*

> */s/ Priscilla L. O'Briant*
> ─────────────────────────────
> Priscilla L. O'Briant
> Attorney for Defendant USAA Savings Bank

3

14968118 v1
4813-7075-8392.1